Patrick J. Reilly, Esq.
Nevada Bar No. 6103
Nicole E. Lovelock, Esq.
Nevada Bar No. 111887
Holland & Hart LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134
Tel: (702) 669-4600
Fax: (702) 669-4650
preilly@hollandhart.com

*Attorneys for Defendant*
*Clark County Collection Service, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RHONDA STILES, <br><br> Plaintiff, <br><br> vs. <br><br> CLARK COUNTY COLLECTION SERVICE, LLC and DOES 1-10, inclusive, <br><br> Defendant. | Case No. : 2:12-cv-01201-MMD-CWH <br><br> **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

### STIPULATION

Plaintiff Rhonda Stiles ("Stiles") and Defendant Clark County Collection Service, LLC ("CCCS") hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41(a)(2). Each party shall bear its or her own attorney's fees, prejudgment interest, and costs of suit.

In making this stipulation, Stiles hereby forever releases and discharges CCCS and each of its agents, servants, employees, representatives, predecessors, successors, heirs, executors, officers, directors, attorneys, administrators, affiliates, parent corporations, subsidiary corporations and entities, and assigns of and from any and all actions, claims, counterclaims, cross-claims, causes of action, demands, costs and expenses, including attorney fees, which she may or might have against CCCS, of every kind and nature whatsoever, known or unknown, anticipated or unanticipated, suspected and unsuspected, past and present of any kind including,

5935276_1

but not limited to, those either directly or indirectly, on account of, resulting from or to result from, or in any manner growing out of or arising from or connected with the above-entitled action.

DATED this 11th day of January, 2013.

David Krieger, Esq.
Haines & Krieger, LLC
5041 N. Rainbow Blvd.
Las Vegas, Nevada 89130
Email: dkrieger@hainesandkrieger.com

*Attorney for Plaintiff*

DATED: 01/10/13

SUBSCRIBED AND SWORN to before me this 10 day of January, 2013.

NOTARY PUBLIC

DATED this 16th day of January, 2013.

Patrick J. Reilly, Esq.
Nicole E. Lovelock, Esq.
Holland & Hart LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134

*Attorneys for Defendant*
*Clark County Collection Service, LL*

RHONDA STILES

ELIZABETH NAVARRO
NOTARY PUBLIC
STATE OF NEVADA
My Commission Expires: 3-14-16
Certificate No: 12-7520-1

## ORDER

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

DATED: 1/17/2013

5935276_1.DOCX

Page 2 of 2